NUMBER
13-10-00649-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

___________________________________________________________

 

MICHAEL
ARRISOLA,                                                                  Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                          On
Appeal from the 148th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                      Before
Justices Garza, Benavides, and Vela

                               Memorandum
Opinion Per Curiam

 








Appellant,
Michael Arrisola, by and through his attorney, has filed a motion to withdraw
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

6th day of January, 2011.